UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Samuel N. Edeh,** | Civil No. 11-CV-2671 (SRN/JSM) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Equifax Information Services, LLC, and Capital One Bank (USA), N.A.,** | |
| **Defendants.** | |

SUSAN RICHARD NELSON, United States District Court Judge

This matter is before the Court on Plaintiff Samuel N. Edeh's second letter request for permission to file a motion for reconsideration. [Doc. No. 104]. As in his first request, he contends that the Court erred in determining that his claim for intentional interference with contractual relations is preempted by the Fair Credit Reporting Act ("FCRA"). Plaintiff must establish that "compelling circumstances" mandate the reconsideration of the Court's Order. D. Minn. L.R. 7.1(j). He has again failed to establish that he is entitled to reconsideration.

The Court has now twice determined that Plaintiff's state-law claims are preempted. Even assuming that Plaintiff is correct, the Court also held that Plaintiff's claim for intentional interference with contractual relations fails as a matter of law and was properly dismissed. Plaintiff's letter does not address this rather salient fact. He has not established any compelling circumstances that mandate reconsideration of the Court's

previous Orders. His request to file a motion for reconsideration is therefore denied.

### III. ORDER

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's second letter request to file a motion for reconsideration [Doc. No. 104] is **DENIED**.

Dated: October 1, 2012

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge